**UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MINNESOTA**

| | |
|---|---|
| Audrey Britton, David Bly, Cary Coop, and John McIntosh, individually and on behalf of all citizens of Minnesota similarly situated, | Civil Action No. 11cv93 PJS/AJB |
| Plaintiffs, | |
| vs. | **PLAINTIFFS' REQUEST FOR APPOINTMENT OF A THREE JUDGE COURT** |
| Mark Ritchie, Secretary of State of Minnesota, Rachel Smith, Hennepin County Elections Manager, Fran Windschitl, Rice County Auditor, Cindy Geis, Scott County Auditor, Robert Hiivala, Wright County Auditor, individually and on behalf of all Minnesota county chief election officers, | |
| Defendants. | |

Plaintiffs, Audrey Britton, David Bly, Cary Coop and John McIntosh, hereby request the Court, pursuant to 28 U.S.C. §§ 2284 (a) and 2284 (b)(1) to immediately notify the Chief Judge of the Eighth Circuit Court of Appeals of the filing of the within case, which is one challenging the constitutionality of the apportionment of the Minnesota congressional districts and the apportionment of the Minnesota State Senate and Minnesota State House of Representatives districts, so that the Chief Judge may designate a three judge court to hear and determine the case.

WEINBLATT & GAYLORD, PLC

Dated: January 14, 2011

s/Alan W. Weinblatt
Alan W. Weinblatt (#115332)
Jay Benanav (#0006518)
Jane L. Prince (#0388669)
Attorneys for Plaintiffs
111 East Kellogg Boulevard, Suite 300
St. Paul, MN 55101
Telephone: (651) 292-8770
Facsimile: (651) 223-8282