# WEINBLATT & GAYLORD PLC
### ATTORNEYS & COUNSELORS AT LAW



Suite 300 Kellogg Square
111 East Kellogg Boulevard
St. Paul, Minnesota 55101
Telephone: (651) 292-8770
Fax: (651) 223-8282
Website: www.weglaw.com

Alan W. Weinblatt
Kathleen A. Gaylord
Jay Benanav
Jane L. Prince

Katharina E. Liston
Of Counsel

January 14, 2011

*VIA ECF AND U.S. MAIL*

Honorable Patrick J. Schiltz
U.S. District Court Judge
United States Courthouse, Suite 14E
300 South Fourth Street
Minneapolis, MN 55415

Re:   Audrey Britton, et al. v. Mark Ritchie, Secretary of State of Minnesota, et al.
      Court File No. 11 cv 93 PJS/AJB

Judge Schiltz:

On January 12, 2011, I filed a Complaint (copy attached) with the Clerk of the United States District Court for the District of Minnesota on behalf of my clients, Audrey Britton, David Bly, Cary Coop and John McIntosh against Minnesota Secretary of State Mark Ritchie and four (4) chief county election officers. The case was assigned to Your Honor and was assigned District Court file number 11 cv 93.

The Complaint seeks declaratory and injunctive relief against defendants due to the malapportionment of Minnesota's congressional and legislative districts created by a Minnesota Special Redistricting panel by its Order dated March 19, 2002. The Complaint challenges the constitutionality of Minnesota's congressional districts and the apportionment of its current state Senate and state House of Representatives districts.

The purpose of this letter and the enclosed Request for Appointment of a Three Judge Court is to ask the Court, pursuant to 28 U.S.C. § 2284, to immediately notify the Chief Judge of the Eighth Circuit Court of Appeals of the filing of this case and of this Request so that the Chief Judge may appoint a Three Judge Court to hear and determine this case.

Honorable Patrick J. Schiltz
January 14, 2011
Page Two


I am advised that defendant Mark Ritchie already has been served with the Summons and Complaint. Therefore, by copy of this letter and enclosure, I am advising the Attorney General of Minnesota of my clients' request.

Thank you.

                        s/Alan W. Weinblatt
                        ALAN W. WEINBLATT
                        FOR
                        WEINBLATT & GAYLORD, PLC
                        Attorneys for Plaintiffs

AWW:kq
Enclosures
cc:    Clerk, United States District Court
       U.S. Magistrate Judge Arthur J. Boylan
       Lori Swanson, Attorney General of Minnesota, Attn: Alan Gilbert
       Audrey Britton (without enclosures)
       David Bly (without enclosures)
       Cary Coop (without enclosures)
       John McIntosh (without enclosures)