# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Audrey Britton, David Bly, Cary Coop, Josh McIntosh, individually and on behalf of all citizens of Minnesota similarly situated,<br><br>      Plaintiffs,<br><br>vs.<br><br>Mark Ritchie, Secretary of State of Minnesota, Rachel Smith, Hennepin County Elections Manager, Fran Windschitl, Rice County Auditor, Cindy Geis, Scott County Auditor, Robert Hiivala, Wright County Auditor, individually and on behalf of all Minnesota county chief election officers,<br><br>      Defendants. | Civil Action No. 11-cv-93 PJS/AJB<br><br>**MOTION TO LIFT STAY OF PROCEEDINGS AND INTERVENE** |

Plaintiffs in Intervention Lori Sellner, Susan Moravec, George Greene, William "Matt" Little, Fabian Hoffner, Cathy Harrison, Larry Buboltz, and Tadd Johnson individually and on behalf of all citizens and voting residents of Minnesota similarly situated ("Applicants") hereby move the Court to lift the stay of proceedings and to intervene in the above-captioned proceeding pursuant to Rule 24 of the Federal Rules of Civil Procedure. Applicants claim an interest relating to the legislative and congressional reapportionment that are the subject of this action, and are so situated that this action's disposition may as a practical matter impair or impede their ability to protect that interest. This Motion is based upon all of the pleadings set forth herein and filed contemporaneously herewith.

| | |
|---|---|
| Dated:  May 23, 2011 | /s/ David L. Lillehaug |
| | David L. Lillehaug (#63186) |
| | Christopher A. Stafford (#387971) |
| | **FREDRIKSON & BYRON, P.A.** |
| | 200 South Sixth Street, Suite 4000 |
| | Minneapolis, MN 55402-1425 |
| | Telephone:  (612) 492-7000 |
| | Facsimile:  (612) 492-7077 |
| | |
| | Marc E. Elias (DC Bar #442007) |
| |    *(pro hac vice pending)* |
| | Kevin Hamilton (Wash. Bar #15648) |
| |    *(pro hac vice pending)* |
| | Perkins Coie LLP |
| | 700 Thirteenth Street, N.W., Suite 600 |
| | Washington, D.C. 20005-3960 |
| | Telephone:  (202) 654-6200 |
| | |
| | **ATTORNEYS FOR INTERVENORS** |

4913941_1.DOC