# TRIMBLE & ASSOCIATES, LTD.
*Attorneys at Law*

10201 Wayzata Boulevard
Suite 130
Minneapolis, Minnesota 55305

Telephone: 952-797-7477
Facsimile: 952-797-5858
Email: trimblelegals@earthlink.net

June 22, 2011

**VIA ECF AND U.S. MAIL**

Magistrate Judge Arthur J. Boylan
United States Courthouse
300 South Fourth Street, Suite 9E
Minneapolis, MN 55415

    Re:    *Audrey Britton, et al., v. Mark Ritchie, Secretary of State of Minnesota, et al.;*
                Civil Action No. 11-cv-93 PJS-MJD-DM

Dear Magistrate Judge Boylan:

Relative to the above-captioned matter and the pending Motion to Lift Stay, we enclose for your information copies of the following documents filed with Ramsey County District Court in *In Re Temporary Funding of Core Functions of the Judicial Branch of the State of Minnesota*, Court File No. 62-CV-11-5361:

1. Petition of Minnesota Judicial Council and Attorney General Lori Swanson ("Petitioners") dated June 17, 2011;

2. Petitioners' Memorandum in Support of Motion for Relief dated June 17, 2011;

3. Response of the Governor to the Petition of Minnesota Judicial Council and Attorney General Lori Swanson dated June 20, 2011; and

4. Order to Show Cause dated June 21, 2011, setting hearing for Monday, June 27, 2011, at 10:00 a.m. before the Honorable Bruce W. Christopherson.

By electronic filing, we have copied all counsel of record in this matter.

Sincerely,

*/s/ Tony P. Trimble*
Tony P. Trimble

Encl.

cc:    All counsel of record (via ECF)